LIONEL Z. GLANCY #134180
PETER A. BINKOW  #173848
MICHAEL GOLDBERG #188669
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160

Attorneys for Plaintiff Eliav Dan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIAV DAN, Derivatively On Behalf of BEA SYSTEMS, INC.<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALFRED S. CHUANG, CHARLES L. ILL, III, THOMAS M. ASHBURN, WILLIAM T. COLEMAN, III, DEAN O. MORTON, GEORGE REYES, CAROL A. BARTZ, STEWART K.P. GROSS, L. DALE CRANDALL, WILLIAM H. JANEWAY, ROBERT L. JOSS, WILLIAM M. KLEIN,<br>　　　　　　　　　　　Defendants,<br><br>-and-<br><br>BEA SYSTEMS, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　Nominal Defendant. | Case No. C 04 2340 SI<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO ALL DEFENDANTS**<br><br>**Next Scheduled Hearing:**<br><br>Date:　March 18, 2005<br>Time:　9:00 a.m.<br>Dept.:　Courtroom 10<br><br>**Judge: Honorable Susan Illston** |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate as follows:

　　　　WHEREAS, defendants moved to dismiss plaintiff's Amended Shareholder Derivative Complaint ("Complaint");

　　　　WHEREAS, defendants' motions to dismiss the Complaint are set to be heard by the Court on March 18, 2005;

　　　　WHEREAS, the parties have agreed that, subject to the Court's approval, this action shall be dismissed without prejudice and that each party shall bear its own costs;

THEREFORE, this action is hereby dismissed without prejudice as to all defendants, and each party shall bear its own costs.

Dated: March 15, 2005                    Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP

By:___*s/Lionel Z. Glancy*_____
          LIONEL Z. GLANCY

PETER A. BINKOW   #173848
MICHAEL GOLDBERG #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:     (310) 201-9160

ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101-3350
Telephone:    (619) 525-3990
Facsimile:     (619) 525-3991

Co-Lead Counsel for Plaintiffs

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____*s/Ignacio Salceda*_____
          IGNACIO SALCEDA

650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:    (650) 493-9300
Facsimile:     (650) 565-5100

Counsel for Defendants

**[PROPOSED] ORD**

It is so Ordered.

DATED: _____, 2005         _____
                                Hono
                                Dis

*IT IS SO ORDERED*
*Judge Susan Illston*

2